IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| ERIKA M. HUBBS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CAUSE NO.  3:18-cv-506-DJH |
| ) | |
| TORI L. EHLER ) | Removed from Jefferson Circuit Court |
| ) | Civil Action No. 18-CI-002602 |
| Defendant ) | |
| ) | |
| ) | |

## NOTICE OF REMOVAL

Comes the Defendant, Tori L. Ehler, by counsel and for her Notice of Removal of this lawsuit to the United States District Court for the Western District of Kentucky, at Louisville hereby states as follows:

1. Ms. Ehler is a named Defendant in a lawsuit commenced by Plaintiff, Erika M. Hubbs on May 7, 2018 in the Jefferson Circuit Court, Jefferson County, Kentucky designated as Civil Action No. 18-CI-002602, the "action." On behalf of Ms. Ehler, defense counsel accepted service of the complaint and summons on June 1, 2018. (*See* Plaintiff's Complaint and Attorney Keller's Letter dated June 1, 2018 attached as Exhibits 1 and 2).

2. This action arises as a result of injuries allegedly sustained by the Plaintiff in an automobile accident which occurred on or about November 13, 2015 in Jefferson County,

Kentucky. The Plaintiff has asserted claims against Ms. Ehler, who was the driver of another vehicle involved in the subject accident.

3. According to the Complaint, Plaintiff Erika Hubbs was at all times relevant herein a citizen and resident of Jefferson County, Kentucky. The Plaintiff is not now nor was she at the time of the subject accident a citizen or resident of the State of Arizona. (*See* Exhibit 1).

4. The defendant, Ms. Ehler is a citizen of Arizona with a residence at 751 South Sequoia Drive, Gilbert, Arizona, 85296. Ms. Ehler was a citizen of Arizona at the time Plaintiff initiated this action.

5. The Plaintiff seeks an unlimited amount of compensatory damages in her Complaint. In addition, the Plaintiff through counsel has denied that her claimed damages are $75,000.00 or less (*See* Plaintiff's Responses to Defendant's First Set of Interrogatories attached here as Exhibit 3). Therefore, the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

6. This action is within the court's original jurisdiction pursuant to 28 U.S.C. Sec. 1332, by reason of the diversity of the citizenship of the parties and the amount in controversy. This action is properly removed to this court pursuant to 28 U.S.C. Sec. 1441. This notice is accompanied by copies of all service of process documents, pleadings, and orders served on the Defendant in this action and all pleadings filed by the Defendant in this action, including the Answer to the Plaintiff's Complaint (*See* attached Exhibits).

7. This notice is being filed within 30 days after receiving the Plaintiff's response to Requests for Admission in which she has denied that her claimed damages are less than $75,000 exclusive of interest and costs, and the time for filing this notice under the statutes of the United States is unexpired.

8.      This notice is filed in compliance with the Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, the Defendant, the Tori L. Ehler, by counsel, hereby notifies the Court of her removal of this action from the Jefferson Circuit Court in Jefferson County, Kentucky.

Respectfully submitted,

SCHILLER BARNES MALONEY PLLC

*/s/ Stephen C. Keller*

Stephen C. Keller, Esq.
Tyler D. Olson, Esq.
401 West Main Street, Suite 1600
Louisville, KY 40202
PH: (502) 625-1694
FAX: (502) 779-9349
skeller@sbmkylaw.com
tolson@sbmkylaw.com
*Counsel for Defendant, Tori L. Ehler*

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court by using the CM/ECF system on this 31st day of July, 2018, and that same has been sent by electronic mail per CR 5.02 to the following Counsel of record:

Joel A. Franklin, Esq.
Kevin P. Weis, Esq.
Norton Commons
9301 Dayflower Street
Prospect, KY 40059
piattorneys@goldbergsimpson.com
*Counsel for Plaintiff*

*/s/ Stephen C. Keller*

SCHILLER BARNES MALONEY PLLC