UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ERIKA M. HUBBS,                                                                    Plaintiff,

v.                                                           Civil Action No. 3:18-cv-506-DJH-RSE

TORI L. EHLER,                                                                    Defendant.

\* \* \* \* \*

## ORDER

The parties have filed an agreed order of dismissal with prejudice signed by all parties

who have appeared.  (Docket No. 18)  Accordingly, and the Court being otherwise sufficiently

advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule

of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket.

February 8, 2019

**David J. Hale, Judge**
**United States District Court**